IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EFREN NUNEZ RIVERA, and PEDRO INFANTE, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) ) | |
| | ) | Case No. 23-14292 |
| Plaintiffs, | ) ) ) | Hon. Elaine E. Bucklo |
| v. | ) ) | Hon. Young B. Kim |
| PLATEIA, INC., d/b/a MEDITERRANEAN KITCHEN BAR, DIMITRI DOUVLIS, Individually, and PETROS PAPADATOS, Individually, | ) ) ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    HR Law Counsel
Ethan G. Zelizer
729 South Webster Street
Suite 350C
Naperville, Illinois, 60540
ethan@hrcounsel.com

      Please take notice that on, that on Monday, September 17, 2024, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' Motion for Conditional Certification and Issuance of Notice Pursuant to § 216(b) of the FLSA, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Elaine E. Bucklo, or any judge sitting in his stead in the courtroom usually occupied by her in the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on Tuesday, September 24, at 9:45 a.m., or as soon thereafter as counsel may be heard.

Dated: September 17, 2024

                                                                                         Respectfully submitted,

                                                                                         */s/     Max Barack*

The Garfinkel Group, LLC                            One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991

CERTIFICATE OF SERVICE

I, Max Barack, hereby certify that on September 17, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/    *Max Barack*

The Garfinkel Group, LLC    One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991

3