# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Efren Nunez Rivera, et al.

                              Plaintiff,

v.                                        Case No.: 1:23−cv−14292
                                        Honorable Elaine E. Bucklo

Plateia, Inc., d/b/a Plateia Mediterranean Kitchen Bar, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 17, 2024:

       MINUTE entry before the Honorable Elaine E. Bucklo: The Court sets the following briefing schedule on plaintiffs' motion for conditional certification and issuance of notice pursuant § 216(b) of the FSLA [20] as follows: Responses due by 10/8/2024. Replies due by 10/29/2024. Ruling set for 12/6/2024. The Court will issue a ruling by mail. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.