IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EFREN NUNEZ RIVERA, and PEDRO INFANTE, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) ) |
| | ) Case No. 23-14292 |
| Plaintiffs, | ) Hon. Elaine E. Bucklo |
| v. | ) Hon. Young B. Kim |
| PLATEIA, INC., d/b/a MEDITERRANEAN KITCHEN BAR, DIMITRI DOUVLIS, Individually, and PETROS PAPADATOS, Individually, | ) Jury Trial Demanded ) ) ) ) |
| Defendants. | ) |

## **RENEWED NOTICE OF MOTION**

TO:  HR Law Counsel
     Ethan G. Zelizer
     729 South Webster Street
     Suite 350C
     Naperville, Illinois, 60540
     ethan@hrcounsel.com

Please take notice that on, that on Tuesday, September 17, 2024, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Plaintiffs' Motion to Compel Production of Rule 26(a) Disclosures, copies of which are attached and hereby served upon you, and which will be brought before the Honorable Judge Elaine E. Bucklo, or any judge sitting in his stead in the courtroom usually occupied by her in the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on Wednesday, October 2, at 9:45 a.m., or as soon thereafter as counsel may be heard.

Dated: September 24, 2024

                Respectfully submitted,

                */s/     Max Barack*

The Garfinkel Group, LLC                One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991

CERTIFICATE OF SERVICE

I, Max Barack, hereby certify that on September 24, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/     *Max Barack*

The Garfinkel Group, LLC                             One of the Plaintiffs' Attorneys
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, The CIVITAS
Chicago, IL 60642
(312) 736-7991