# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Efren Nunez Rivera, et al.

                      Plaintiff,

v.                       Case No.: 1:23−cv−14292
                      Honorable Elaine E. Bucklo

Plateia, Inc., d/b/a Plateia Mediterranean Kitchen Bar, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: No response having been received, the motion to compel [24] is granted. Defendants are to produce their Rule 26(a) disclosures and any accompanying documents by 10/22/2024. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.