# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

| | |
|---|---|
| Efren Nunez Rivera, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:23−cv−14292 |
| | Honorable Elaine E. Bucklo |
| Plateia, Inc., d/b/a Plateia Mediterranean Kitchen Bar, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 4, 2024:

    MINUTE entry before the Honorable Elaine E. Bucklo: Motion by Plaintiffs Efren Nunez Rivera, Pedro Infante for default judgment as to Plaintiff's motion for default judgment, civil contempt, sanctions for failure to comply with court orders, and to compel discovery responses [31] is rescheduled for 12/13/2024 at 10:00 a.m. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.