IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EFREN NUNEZ RIVERA, and PEDRO INFANTE, on behalf of themselves and all other similarly situated persons, known and unknown, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>PLATEIA, INC., d/b/a MEDITERRANEAN KITCHEN BAR, DIMITRI DOUVLIS, Individually, and PETROS PAPADATOS, Individually, <br><br>　　　　　Defendants. | Case No: 1:23-cv-14292 <br><br>Hon. Judge Elaine E. Bucklo <br><br>Hon. Mag. Judge Young B. Kim <br><br>Jury Trial Demanded |

## MOTION FOR A STATUS CONFERENCE

Defendants file this Motion for a status conference before Judge Elaine Bucklo. In support of its Motion, Defendants state as follows:

1. On December 4, 2024, the Court set a motion hearing on Plaintiffs' motions for December 13, 2024 at 10:00 a.m. [Dkt. # 34].

2. Defendants' attorneys attempted to attend the motion hearing but was told that an Order would be entered without an appearance.

3. Defendants had planned to argue the motions and alert the Court to significant progress in the Parties' settlement efforts.

4. The parties had a settlement conference last month and came close to settlement. The mediator in the matter has agreed to present mediator's proposal in the next few days.

5. The restaurant named as an entity Defendant in this suit is not part of a chain and have

1

limited resources. The individually named Defendants/owners have directed counsel to put all efforts towards settlement, and if that fails, Defendants are prepared to expeditiously fulfill any obligations to Plaintiffs within seven (7) days of the parties reaching an impasse on settlement negotiations.

6. Through a status hearing, Defendants would like the opportunity to advise the Court of the significant progress made in settlement.

WHEREFORE, Defendants respectfully requests that the Court enter an Order scheduling a status conference at the Court's earliest convenience.

DATED: December 13, 2024

Respectfully Submitted,

HR Law Counsel LLC

By: */s/ Ethan G. Zelizer*

HR Law Counsel
29 Main Street
Suite 350-C
Naperville, IL 60540
ethan@hrlawcounsel.com

## **CERTIFICATE OF SERVICE**

      I certify that on December 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                      /s/: Ethan G. Zelizer
                                                                      Ethan G. Zelizer

                                                                       HR Law Counsel
                                                                       29 Main Street
                                                                       Suite 350-C
                                                                       Naperville, IL 60540
                                                                       ethan@hrlawcounsel.com