IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EFREN NUNEZ RIVERA, and PEDRO INFANTE, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) ) ) | |
| | ) | Case No. 23-14292 |
| Plaintiffs, | ) ) ) | Hon. Elaine E. Bucklo |
| v. | ) ) ) | Hon. Young B. Kim |
| PLATEIA, INC., d/b/a MEDITERRANEAN KITCHEN BAR, DIMITRI DOUVLIS, Individually, and PETROS PAPADATOS, Individually, | ) ) ) ) ) | Jury Trial Demanded |
| Defendants. | ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION**

Plaintiffs oppose Defendants' Motion both in substance and in its mischaracterizations of the case's posture. As detailed in Plaintiffs' recent Motions to Compel, and for Default, Contempt, Sanctions, and to Compel (ECF Nos. 24, 31), and Status Report (ECF No. 30), Defendants have failed almost entirely to participate in this litigation. Since the onset of this lawsuit, Defendants have:

a) failed to answer the Complaint (and despite receiving an extension their answer is now going on 12 months' delinquent);

b) failed to meet a single agreed-upon Court-ordered discovery deadline;

c) failed to disclose even the basic disclosures under FRCP 26(a) in violation of not only the rule itself, but of multiple of this Court's orders, including one issued as a direct result of Plaintiffs' motion to compel);

d) refused respond to two separate motions in contravention of two sets of court-imposed briefing deadlines (Plaintiffs' Motion to Compel FRCP 26(a) Disclosures (ECF No. 24) and Plaintiffs' Motion for Conditional Certification (ECF No. 20)); and

e) refused to provide any responsive discovery. (ECF No. 31, p. 2).

After the scheduled hearing time set by this Court for Plaintiffs' Motion for Default, Contempt, Sanctions, and to Compel, Defendants filed this Motion seeking to delay the proceedings, relying on misrepresentations of the case's status. Plaintiffs dispute Defendants' characterization of the settlement posture, which inaccurately suggests proximity to resolution. Even if that were true (it is not), settlement discussions do not excuse Defendants' repeated violations of the Federal Rules, this Court's orders, or their failure to answer the Complaint and comply with Rule 26(f) requirements.

Defendants' Motion is a transparent attempt to evade default and sanctions under FRCP 26, 37, and 55. Plaintiffs respectfully request that this Court:

1. Deny Defendants' Motion;
2. Grant Plaintiffs' Motion for Default, Contempt, Sanctions, and to Compel (ECF No. 31); and
3. Award any additional relief deemed appropriate.

Dated: December 13, 2024

Respectfully submitted,

/s/     *Max Barack*

One of the Plaintiffs' Attorneys

CERTIFICATE OF SERVICE

I, Max Barack, hereby certify that on December 13, 2024, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Max Barack

One of the Plaintiffs' Attorneys

**Service List:**
HR Law Counsel
729 South Webster Street
Suite 350C
Naperville, Illinois, 60540
Ethan G. Zelizer
ethan@hrcounsel.com