IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EFREN NUNEZ RIVERA, and PEDRO INFANTE, on behalf of themselves and all other similarly situated persons, known and unknown, | )<br>)<br>) Case No: 1:23-cv-14292<br>)<br>) Hon. Judge Elaine E. Bucklo<br>) |
| Plaintiffs, | ) Hon. Mag. Judge Young B. Kim<br>) |
| v. | ) Jury Trial Demanded<br>) |
| PLATEIA, INC., d/b/a MEDITERRANEAN KITCHEN BAR, DIMITRI DOUVLIS, Individually, and PETROS PAPADATOS, Individually, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## UPDATED JOINT STATUS REPORT

Plaintiffs respectfully submit this updated joint status report on behalf of the parties.

Since the last status report on May 30, 2025, Plaintiffs provided Defendants with a revised proposed settlement agreement that resolves the issue of how to certify and seek court approval for the settlement. Plaintiffs proposed a streamlined, one-step opt-in process whereby settlement checks would be issued to all collective members. Each check would contain the following language:

> "By cashing or depositing this check, I confirm my consent to join the Settlement, which includes releasing claims under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. ('FLSA')."

Cashing or depositing the check would constitute the individual's opt-in to the settlement.

On June 10, 2025, Defendants responded with proposed edits. Plaintiffs then provided responsive edits on June 11 and are currently awaiting Defendants' approval or further response. On the same day, Plaintiffs also circulated a draft agreed or unopposed motion for settlement approval, which reflects the terms of the proposed agreement.

1

Plaintiffs are continuing to evaluate options for cost-effective settlement administration. They have encountered some challenges identifying a provider who is both affordable and sufficiently capable but anticipate securing an appropriate administrator within the next one to two weeks. Assuming Plaintiffs are able to finalize administrator arrangements and Defendants respond promptly to the pending draft materials, the parties expect to be in a position to file their motion for settlement approval and accompanying documentation within 30 days.

Defendants are currently reviewing the proposed agreement and motion. They anticipate providing an update to Plaintiffs by the close of business on Wednesday, June 18, and supplying any additional comments or revisions by the same day.

The parties respectfully request that the Court maintain oversight and impose reasonable deadlines to facilitate continued progress and ensure timely resolution of the settlement process.

**Dated:** June 13, 2025

By: */s/ Max Barack*

Max Barack
One of Plaintiff's Attorneys

The Garfinkel Group, LLC
(Lead Attorney) Max Barack
max@garfinkelgroup.com
701 N. Milwaukee Avenue, the CIVITAS
Chicago, IL 60642
(312) 736-7991
*Counsel for Plaintiffs*

Ethan G. Zelizer, HR Law Counsel, LLC
29 South Webster Street, Suite 350-C
Naperville, IL 60540
630.551.8645
ethan@hrlawcounsel.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I, Max Barack, hereby certify that on June 13, 2025, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              By: */s/ Max Barack*
              Max P. Barack
              One of the Plaintiff's Attorneys