# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Efren Nunez Rivera, et al.

                                  Plaintiff,

v.                                        Case No.: 1:23−cv−14292

                                        Honorable Elaine E. Bucklo

Plateia, Inc., d/b/a Plateia Mediterranean Kitchen Bar, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 5, 2025:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiffs' agreed and unopposed motion for Settlement Approval [73] is granted. Enter Final Approval Order. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.