## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EFREN NUÑEZ RIVERA, and PEDRO INFANTE, et al., | ) ) ) |
| Plaintiffs, | ) Case No: 1:23-cv-14292 ) ) Hon. Elaine E. Bucklo |
| v. | ) ) Hon. Young B. Kim |
| PLATEIA, INC., d/b/a MEDITERRANEAN KITCHEN BAR, et al., | ) ) Jury Trial Demanded ) |
| Defendants. | ) |

## FINAL APPROVAL ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion for Final Approval of the Settlement in this Fair Labor Standards Act ("FLSA") collective action. Having reviewed the Motion, the Settlement Agreement and Release, the Declaration of Max P. Barack, and all related filings and exhibits, and for good cause shown, the Court hereby ORDERS as follows:

1. **Final Settlement Approval**

The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA and therefore grants final approval. The Settlement was reached through contested litigation and arm's-length negotiations by experienced counsel and provides substantial monetary relief to eligible participants.

2. **Settlement Terms Incorporated**

The terms of the Settlement Agreement are fully incorporated into this Order and made part hereof. The Court finds the allocation formula, release language, and settlement procedures to be fair, reasonable, and consistent with the intent and provisions of the FLSA.

3. **Approval of Settlement Fund Allocation**

The Court approves the agreed-upon allocation of the $500,000 Global Settlement Fund as follows:

- $298,991.60 in Settlement Awards to FLSA Collective Members;
- $20,000 in Service Awards (comprised of $10,000 each to Representative Plaintiffs Efren Nuñez Rivera and Pedro Infante);
- $175,000 in attorneys' fees to Representative Plaintiffs' Counsel;
- $6,008.40 in litigation costs; and
- $10,000 allocated for Settlement Administration Costs.

The Global Settlement Fund expressly excludes Defendants' share of payroll taxes attributable to amounts paid as W-2 wages under the Settlement Agreement. The Court also approves of the proposed notice and payment process of issuing checks as the form of notice.

4. **Release and Dismissal**

This action is hereby dismissed with prejudice as to the Representative Plaintiffs and all FLSA Collective Members who opted into the case and did not timely opt out of the Settlement, subject to the terms of the Settlement Agreement. All released claims are hereby barred as provided in the Agreement.

5. **Retention of Jurisdiction**

The Court retains jurisdiction over the implementation, administration, and enforcement of the Settlement Agreement and this Order.

**IT IS SO ORDERED.**

**Hon. Elaine E. Bucklo**
United States District Judge

Dated: August 5, 2025